# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140740

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RANDY S. DANIELS,
     Defendant-Appellant.

SC: 140740
COA: 295844
Wayne CC: 01-008613

_____/

     On order of the Court, the application for leave to appeal the March 2, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

d0719